UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BARRY C MASSEY,

                   Petitioner,

      v.

PATRICK GLEBE,

                   Respondent.

CASE NO. C13-5507 BHS-JRC

ORDER TO SHOW CAUSE

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

On July 29, 2013, the Court entered a stay order in this action. The Court's order required petitioner to file a report on or before December 21, 2013 (ECF No. 5). Petitioner has failed to file that report.

//

//

//

1    The Court must be kept apprized of the status of stayed petitions.  The Court orders that

2  petitioner show cause on or before February 7, 2014 why the stay in this action should not be

3  dissolved and this petition dismissed for failure to comply with a Court order.

4       Dated this 15th day of January, 2014.

5

6                                              _____

7                                              J. Richard Creatura
                                               United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24