UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARRY C MASSEY,<br><br>                Petitioner,<br><br>   v.<br><br>PATRICK GLEBE,<br><br>                Respondent. | CASE NO. C13-5507 BHS-JRC<br><br>ORDER TO SHOW CAUSE |

      The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

      In January of this year, the Court entered an Order to Show Cause after petitioner had failed to file a timely report regarding continuing the stay of this petition (Dkt. 4). Petitioner responded, and the Court continued the stay until August 29, 2014 (Dkt. 6). The Court specifically stated that if petitioner wished to continue, then petitioner must file a motion (Dkt. 6).

1    Petitioner has failed to comply with the Court's order.  The stay in this action dissolved
2    August 29, 2014 (Dkt. 6).  The Court must be kept apprized of the status of stayed petitions. The
3    Court orders that petitioner show cause on or before **October 10, 2014,** why this petition should
4    not be dismissed for failure to prosecute and why sanctions should not be imposed for failure to
5    comply with a Court order.

6    Dated this 8th day of September, 2014.

8    _____
     J. Richard Creatura
     United States Magistrate Judge