UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BARRY C. MASSEY,

               Plaintiff,

v.

PATRICK GLEBE,

               Defendants.

CASE NO. C13-5507BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation ("R&R") of the Hon. J. Richard Creatura (Dkt. 9) and the remaining record hereby finds and orders as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's request to dismiss this matter without prejudice (Dkt. 8) is **GRANTED**; and

(3) The petition is **DISMISSED** without prejudice.

Dated this 17th day September, 2014.

                                      BENJAMIN H. SETTLE
                                      United States District Judge

ORDER